*tor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Arnold Raum* for respondent.

No. 944. UNITED STATES *v.* STANDARD RICE CO., INC. June 12, 1944. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Fahy* for petitioner. *Mr. John C. White* for respondent.

No. 668. ESENWEIN *v.* COMMONWEALTH EX REL. ESENWEIN. June 12, 1944. The order of March 6, 1944, denying certiorari, 321 U. S. 782, is vacated, and the petition for writ of certiorari to the Supreme Court of Pennsylvania is granted. *Mr. Sidney J. Watts* for petitioner. *Mr. J. Thomas Hoffman* for respondent.

No. 999. WILLIAMS ET AL. *v.* NORTH CAROLINA. June 12, 1944. Petition for writ of certiorari to the Supreme Court of North Carolina granted. *Mr. W. H. Strickland* for petitioners. *Messrs. Harry McMullan,* Attorney General of North Carolina, and *Hughes J. Rhodes,* Assistant Attorney General, for respondent.

No. 1037. WILLIAMS *v.* KAISER, WARDEN. June 12, 1944. Petition for writ of certiorari to the Supreme Court of Missouri granted.

No. 922. TOMKINS *v.* MISSOURI. June 12, 1944. The order of May 29, 1944, denying certiorari, *post,* p. 758, is vacated, and the petition for writ of certiorari to the Su-